UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JERITON LAVAR CURRY,**

    **Plaintiff,**

**v.**                                                Case No: 5:23-cv-159-WFJ-PRL

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____

## ORDER

Plaintiff initiated this action on March 8, 2023, by filing a *pro se* Federal Tort Claim. (Doc. 1). On March 20, 2023, the Court denied Plaintiff's motion to proceed *in forma pauperis* and directed him to file a complete application to proceed *in forma pauperis* along with a six-month inmate account statement (Doc. 4). The Court warned Plaintiff that failing to comply with its Order would result in this case being dismissed without further notice. *Id*. at 2. To date, Plaintiff has neither complied with the Court's Order nor asked for more time to do so.

    ACCORDINGLY, it is hereby **ORDERED:**

    1. This case is **DISMISSED** without prejudice.

    2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2023.

- 2 -

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party